NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NSK CORPORATION, NSK LTD., AND NSK EUROPE LTD.,**
*Plaintiffs-Appellees,*

AND

**FAG ITALIA, S.P.A., SCHAEFFLER GROUP USA, INC., SCHAEFFLER KG, THE BARDEN CORPORATION, AND THE BARDEN CORPORATION (U.K.) LTD.,**
*Plaintiffs-Cross Appellants,*

AND

**JTEKT CORPORATION AND KOYO CORPORATION OF U.S.A.,**
*Plaintiffs-Appellees,*

AND

**SKF AEROENGINE BEARINGS UK AND SKF USA INC.,**
*Plaintiffs-Cross Appellants,*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellant,*

AND

**THE TIMKEN COMPANY,**
*Defendant-Appellant.*

2011-1362, -1382, -1383, -1454

Appeals from the United States Court of International Trade in consolidated case nos. 06-CV-0334, 06-CV-0335, and 06-CV-0336, Judge Judith M. Barzilay.

Before LOURIE, *Circuit Judge.*

## ORDER

FAG Italia, S.p.A., Schaeffler Group USA, Inc., Schaeffler KG, the Barden Corporation, and the Barden Corporation (U.K.) Ltd. submit a motion for an injunction, pending appeal, to prevent the liquidation of entries of ball bearings from Germany that were produced or exported by Schaeffler KG or Schaeffler Technologies GmbH & Co. KG (formerly Schaeffler KG) and entered for consumption on or between May 1, 2010 and April 30, 2011.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Any responses to the motion are due no later than June 20, 2012.

(2) The liquidation of the entries is temporarily enjoined, pending the court's receipt of the responses and the court's consideration of the papers submitted.

FOR THE COURT

__JUN 1 4 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Eric P. Salonen, Esq.
David A.J. Goldfine, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 4 2012

JAN HORBALY
CLERK

Herbert C. Shelley, Esq.
Max F. Schutzman, Esq.
Neil R. Ellis, Esq.
Robert A. Lipstein, Esq.

s8